UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SHAWN WOODWARD, 00-A-6563,

        Plaintiff,

-vs-

CORRECTIONAL OFFICER MANN, et. al.,

        Defendants.

**Docket No. 09-CV-0451**

_____

# NOTICE OF MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| MOTION BY: | Defendants DENIS CAMP, STEVEN FALLON, MICHAEL HOJSAN, TIMOTHY LEWALSKI, M. MANN, and QUENTON SCISSUM |
| RELIEF SOUGHT: | Summary Judgment pursuant to FRCP 56 |
| WHEN RETURNABLE: | As directed by the Court |
| WHERE RETURNABLE: | Honorable Jeremiah J. McCarthy<br>U. S. Courthouse<br>2 Niagara Sq.<br>Buffalo, NY 14202 |
| SUPPORTING PAPERS: | Memorandum of Law; Statement of Undisputed Facts; Declaration of George Michael Zimmermann; Declaration of Denis Camp, Declaration of Steven Fallon, Declaration of Michael Hojsan, Declaration of Timothy Lewalski, Declaration of M. Mann, Declaration of Quenton Scissum, Declaration of Thomas Sticht, Declaration of Joyce Krygier, and Declaration of Debra Fuller. |

  Pursuant to Local Rule 7(a)(1), notice is hereby given that defendants intend to file reply papers. Pursuant to Local Rule 7(b) any opposing papers must be served at least fourteen (14) days prior to  the return date of the motion unless otherwise ordered by the Court.

DATED: Buffalo, New York
    November 27, 2012

            ERIC T. SCHNEIDERMAN
            Attorney General of the State of New York
            Attorney for Defendants
            BY:


            /s/ *George Michael Zimmermann*
            GEORGE MICHAEL ZIMMERMANN
            Assistant Attorney General of Counsel
            Main Place Tower, Suite 300A
            350 Main Street
            Buffalo, NY 14202
            (716) 853-8444
            George.Zimmermann@ag.ny.gov

CERTIFICATE OF SERVICE

      I hereby certify that on November 27, 2012, I electronically filed the foregoing Notice of Motion, along with the Memorandum of Law; Statement of Undisputed Facts; Declaration of George Michael Zimmermann; Declaration of Denis Camp, Declaration of Steven Fallon, Declaration of Michael Hojsan, Declaration of Timothy Lewalski, Declaration of M. Mann, Declaration of Quenton Scissum, Declaration of Thomas Sticht, Declaration of Joyce Krygier, and Declaration of Debra Fuller with the Clerk of the District Court using its CM/ECF system and thereby provided service on the following CM/ECF participant:

Matthew Parham
Western New York Law Center, Inc.
Main Seneca Building
237 Main Street, Suite 1130
Buffalo, NY 14203
716-828-8422
mparham@wnylc.com

      And, I hereby certify that I have mailed the foregoing, by the United States Postal Service, to the following non-CM/ECF participants:

**none**

DATED:    Buffalo, New York
               November 27, 2012

                              /s/ *George Michael Zimmermann*
                              GEORGE MICHAEL ZIMMERMANN
                              Assistant Attorney General of Counsel
                              Main Place Tower, Suite 300A
                              350 Main Street
                              Buffalo, NY 14202
                              (716) 853-8444
                              George.Zimmermann@ag.ny.gov